**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Kafi, Inc. § | |
| § | |
| *versus* § | Case Number: 4:21−cv−01610 |
| § | |
| Federal National Mortgage Association, § et al. | |

# Notice of Reassignment

    Pursuant to Special Order No. 2021−19, this case is reassigned to the docket of United States District Judge Charles Eskridge. Deadlines in scheduling orders remain in effect, and all court settings are vacated.

Date: December 9, 2021

Nathan Ochsner, Clerk