UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KAFI, INC.** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **FEDERAL NATIONAL MORTGAGE** § | **CIVIL ACTION NO. 4:21-cv-01610** |
| **ASSOCIATION; NEW RESIDENTIAL** § | |
| **MORTGAGE, LLC; AND NEWREZ** § | |
| **LLC D/B/A SHELLPOINT** § | |
| **MORTGAGE SERVICING** § | |
| § | |
| *Defendants.* § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DESIGNATION

Plaintiff Kafi, Inc. ("Plaintiff"), hereby gives notice of service of its Expert Witness Designation as required by Federal Rules of Civil Procedure 26(a)(2) to counsel for Defendants Federal National Mortgage Association, New Residential Mortgage, LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing.

**DATED:**   **January 5, 2022**

                                                Respectfully submitted,

                                                **JEFFREY JACKSON & ASSOCIATES, PLLC**

                                                */s/   Jeffrey C. Jackson*
                                                **JEFFREY C. JACKSON**
                                                Texas State Bar No. 24065485
                                                Southern District No. 1024221
                                                2500 E. TC Jester Boulevard, Suite 285
                                                Houston, Texas 77008
                                                713-861-8833 (T)
                                                713-682-8866 (F)

jeff@jjacksonllp.com

ATTORNEYS FOR PLAINTIFF
KAFI, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via Certified Mail, Return Receipt Requested, Facsimile and/or the Court's CM/ECF system on January 5, 2022.

**Michael J. McKleroy, Jr.**
michael.mckleroy@akerman.com
**C. Charles Townsend**
charles.townsend@akerman.com
**Taylor D. Hennington**
taylor.hennington@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
214-720-4300 (T)
214-981-9339 (F)

*Attorneys for Defendants Federal National Mortgage Association, New Residential Mortgage LLC, and NewRez LLC d/b/a Shellpoint Mortgage Servicing*

*/s/   Jeffrey C. Jackson*
**JEFFREY C. JACKSON**