# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **KAFI, INC.** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION and NEW RESIDENTIAL MORTGAGE, LLC** | § § § § § | **CIVIL ACTION NO. 4:21-cv-01610** |
| *Defendants.* | § § | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Kafi, Inc. ("Plaintiff"), and Defendants, Federal National Mortgage Association ("Fannie Mae"), New Residential Mortgage, LLC ("NRM"), and NewRez LLC dba Shellpoint Mortgage Servicing ("Shellpoint") (all together the "Parties"), and present this joint notice, and would show the Court:

The Parties have settled this matter in its entirety and are in the process of drafting and executing a final agreement. The court need not rule on Defendants' pending motion for summary judgment. Accordingly, the Parties request 45 days with which to finalize the settlement and file final dismissal pleadings to be signed by the court.

Respectfully submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

*/s/  Jeffrey C. Jackson*
**JEFFREY C. JACKSON**
Texas State Bar No. 24065485
2500 E. TC Jester Blvd., Suite 285
Houston, Texas 77008
713-861-8833 (T)
713-682-8866 (F)

jeff@jjacksonllp.com
*ATTORNEY FOR PLAINTIFF*

/s/ *Michael J. McKleroy, Jr.*
**Michael J. McKleroy, Jr.**
SBN: 24000095, FBN: 576095
michael.mckleroy@akerman.com
--Attorney in Charge
**C. Charles Townsend**
SBN: 24028053, FBN: 1018722
charles.townsend@akerman.com
**Taylor D. Hennington**
SBN: 24116508, FBN: 3597797
taylor.hennington@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via Certified Mail, Return Receipt Requested, Facsimile and/or the Court's CM/ECF system on March 23, 2022.

**Michael J. McKleroy, Jr.**
michael.mckleroy@akerman.com
**C. Charles Townsend**
charles.townsend@akerman.com
**Taylor D. Hennington**
taylor.hennington@akerman.com
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
214-720-4300 (T)
214-981-9339 (F)
*Attorneys for Defendants Federal National Mortgage Association, New Residential Mortgage LLC, and NewRez LLC dba Shellpoint Mortgage Servicing*

/s/   *Jeffrey C. Jackson*
**JEFFREY C. JACKSON**